UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Jess Kruchoski and Luke Tornquist,<br><br>    Plaintiffs,<br><br>v.<br><br>MiMedx Group, Inc. and<br>Parker Petit,<br><br>    Defendants. | Court File No.: 16-cv-4171 (RHK/BRT)<br><br>**RULE 41(a)(1)**<br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Luke Tornquist and Jess Kruchoski, and their counsel, hereby give notice that their action against MiMedx Group, Inc. and Parker Petit are voluntarily dismissed without prejudice.

Dated: February 7, 2017                **HALUNEN LAW**

/s/Mack H. Reed
Clayton D. Halunen, #219721
Mack H. Reed, #398703
Stephen M. Premo, #393346
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
halunen@halunenlaw.com
reed@halunenlaw.com
premo@halunenlaw.com

*ATTORNEYS FOR PLAINTIFFS*